IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATALIE DE ALCANTARA, aka Natalie Speedracer,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF HUMAN SERVICES, MILIAMA ILOILO, HINDA DIAMON, CHAD KOJIMA, LAURA BAILEY, HONOLULU POLICE DEPARTMENT, DOMINIC QUIACUSAN,<br><br>Defendants. | CIV NO. 16-00275 LEK-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 11, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Defendants Dominic Quiacusan And Honolulu Police Department's Petition For Approval Of Good Faith Settlement", ECF NO. [96] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, January 30, 2018.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**NATALIE DE ALCANTARA VS. DEPARTMENT OF HUMAN SERVICES, ET AL; CIVIL 16-00275; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**